# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANGEL FERNANDEZ,

    Petitioner,

        v.

WARDEN CRAIG A. LOWE,

    Respondent.

NO. 3:17-CV-2301

(JUDGE CAPUTO)

## ORDER

**NOW**, this 26th day of July, 2018, **IT IS HEREBY ORDERED** that:

(1)     The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) filed by Petitioner Angel Fernandez is **DENIED**.

(2)     The Motion to Expedite (Doc. 6) is **DENIED as moot**.

(3)     The Clerk of Court is directed to mark the case as **CLOSED**.

                                                    /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge